UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PNC BANK, N.A.,<br><br>                              Plaintiff,<br><br>        v.<br><br>WINGFIELD SPRINGS COMMUNITY ASSOCIATION; WILLIAM WON HOLDINGS, LLC; DOES 1 through 10, inclusive; and all others who claim interest in the subject property located at 7118 Valliant Drive, Sparks, NV  89436,<br><br>                              Defendants. | Case No. 3:15-cv-00349-MMD-VPC<br><br>ORDER |

WILLIAM WON HOLDINGS, LLC,

                              Counterclaimant,

v.

PNC BANK, N.A.,

                              Counter-Defendant,

WINGFIELD SPRINGS COMMUNITY ASSOCIATION,

                              Third Party Plaintiff,

v.

ATC COLLECTION GROUP, LLC,

                              Third Party Defendant.

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff PNC BANK, N.A. has drawn into question the constitutionality of NRS § 116 *et. seq.* The

1   Clerk is directed to serve a copy of this certification order on the Nevada Attorney

2   General.

3         DATED THIS 24th day of August 2016.

4

5                                              MIRANDA M. DU

6                                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28