WOLFE & WYMAN LLP
Colt B. Dodrill, Esq. (SBN 9000)
Brigette E. Foley, Esq. (SBN 12965)
6757 Spencer Street
Las Vegas, NV 89119
Tel : (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com
befoley@wolfewyman.com

*Attorneys for Plaintiff PNC Bank, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PNC BANK, N.A., <br>     Plaintiff, <br> vs. <br> WINGFIELD SPRINGS COMMUNITY ASSOCIATION; WILLIAM WON HOLDINGS, LLC; DOES 1 through 10, inclusive; and all others who claim interest in the subject property, located at 7118 Valliant Drive, Sparks, NV 89436, <br>     Defendants. | Case No. 3:15-cv-00349-MMD-VPC <br><br> **STIPULATION FOR EXTENSION OF TIME FOR PNC BANK, N.A. TO FILE REPLY TO WINGFIELD SPRINGS COMMUNITY ASSOCIATION'S RESPONSE TO PNC'S MOTION FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |
| WILLIAM WON HOLDINGS, LLC, <br>     Counter-Claimant, <br> vs. <br> PNC BANK, N.A., <br>     Counter-Defendant, | |
| WINGFIELD SPRINGS COMMUNITY ASSOCIATION, <br>     Third-Party Plaintiff, <br> vs. <br> ATC COLLECTION GROUP, LLC, <br>     Third-Party Defendant. | |

2702674.1

Pursuant to LR 6-1(b), PNC BANK, N.A. ("PNC") and Wingfield Springs Community Association ("Wingfield") by and through their counsel of record, hereby stipulate and agree that PNC shall be permitted to file its Reply to Wingfield's and Response to PNC's Motion for Summary Judgment on the same date that PNC's Reply to William Won Holdings' Response is due.  This Court has already granted an extension for William Won Holdings to file its Response to PNC's Motion for Summary Judgment, which is now due **April 7, 2017**.  Good cause exists to extend the deadline for PNC to file its Reply to Wingfield's Response to **April 21, 2017**, because PNC could include its Reply to both Wingfield and William Won Holdings' Responses in a single document, which would promote judicial and party economy.  PNC's Reply to Wingfield's Response was initially due today, March 24, 2017.

**IT IS SO STIPULATED**.

DATED:  March 24, 2017            WOLFE & WYMAN LLP

By:  /s/ Brigette E. Foley
COLT B. DODRILL, ESQ. (SBN 9000)
BRIGETTE E. FOLEY, ESQ. (SBN 12965)
6757 Spencer Street
Las Vegas, NV  89119
*Attorneys for PNC BANK, N.A.*

DATED:  March 24, 2017            BOYACK ORME & ANTHONY

By:  /s/ Christopher B. Anthony
CHRISTOPHER B. ANTHONY (SBN 9748)
401 N. Buffalo Drive, Suite 202
Las Vegas, NV 89145
*Attorneys for Wingfield Springs Community Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: April 6, 2017

2702674.1