# UNITED STATES DISTRICT COURT

**** DISTRICT OF   NEVADA

PNC BANK N.A.,

      Plaintiff,

v.

WINGFIELD SPRINGS COMMUNITY
ASSOCIATION, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:15-cv-00349-MMD-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that PNC Bank's Motion for Summary Judgment (ECF No. 63) is granted in part and denied in part. Judgment is entered in favor of PNC Bank on both its quiet title claim and Defendant Won Holdings' quiet title counterclaim.

September 20, 2017                                                  **DEBRA K. KEMPI**
                                                                              Clerk

                                                                                /s/ K. Rusin
                                                                              Deputy Clerk