**Colt B. Dodrill, Esq.**
**Nevada Bar No. 9000**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119**
**Telephone: (702) 476-0100**
**Facsimile: (702) 476-0101**
**cbdodrill@wolfewyman.com**

**Attorneys for Plaintiff**
**PNC BANK, N.A.**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PNC BANK, N.A., | Case No. 3:15-cv-00349-MMD-VPC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WINGFIELD SPRINGS COMMUNITY ASSOCIATION; WILLIAM WON HOLDINGS, LLC; DOES 1 through 10, inclusive; and all other who claim interest in the subject property, located at 7118 Valliant Drive, Sparks, NV 39436, | |
| Defendants. | |
| WILLIAM WON HOLDINGS, LLC, | |
| Counter-Claimant, | |
| v. | |
| PNC BANK, N.A., | |
| Counter-Defendant, | |
| WINGFIELD SPRINGS COMMUNITY ASSOCIATION, | |
| Third-Party Plaintiff, | |
| vs. | |

1

3119358.1

ATC COLLECTION GROUP, LLC,

  Third-Party Defendant.

 Plaintiff PNC BANK, N.A. ("Plaintiff") and Defendant WILLIAM WON HOLDINGS, LLC, by and through their respective counsel of record, hereby stipulate to Dismiss this matter with prejudice, each party shall bear their own fees and costs.

 It is further stipulated to expunge the Lis Pendens recorded on July 14, 2015 in the official records of the Washoe County Recorder as Document No. 4491130.

 This Order may be recorded in the official records of the Washoe County Recorder.

Dated: September 4, 2018

WOLFE & WYMAN, LLP

By: /s/ *Colt B. Dodrill*
 Colt B. Dodrill, Esq.
 Nevada Bar No. 9000
 6575 Spencer Street
 Las Vegas, NV 89119
 *Attorneys for Aurora Bank, FSC*

Dated: September 4, 2018

KIM GILBERT EBRON

By: */s/ Jacqueline A. Gilbert*
 Jacqueline A. Gilbert, Esq.
 7625 Dean Martin Drive, Suite 110
 Las Vegas, Nevada 89139
 *Attorney for Defendant*
 *WILLIAM WON HOLDINGS, LLC*

**ORDER**

IT IS SO ORDERED.

DATED: September 4, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

2

3119358.1

# CERTIFICATE OF SERVICE

On September 4, 2018, I served the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

> Jacqueline A. Gilbert, Esq.
> Kim Gilbert Ebron
> 7625 Dean Martin Drive, Suite 110
> Las Vegas, Nevada 89139
> Email: jackie@kgelegal.com

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

*/s/ Jamie C. Soquena*
Jamie C. Soquena
An employee of Wolfe & Wyman LLP

3

3119358.1